UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT PATTERSON (120031)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 12-120-BAJ-SCR

**RULING**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger (doc. 2) dated March 19, 2012, plaintiff's objection thereto (doc. 4), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the petitioner's application for habeas corpus relief filed by Albert Patterson is hereby dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA